UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEHAIRE EDWARDS<br><br>                    Plaintiff,<br><br>        against<br><br>NEW YORK STATE TROOPER A.M. GIGA, Badge No. 1841, in his individual capacity<br><br>                    Defendant. | Case No. 24-9839<br><br>**NOTICE OF REMOVAL** |

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, 1446, and

Rule 81(c) of the Federal Rules of Civil Procedure, Defendant New York State Trooper A.M.

Giga, Badge No. 1841, in his individual capacity, by his attorney, Letitia James, Attorney

General of the State of New York, hereby removes the New York State Supreme Court action

currently pending in Bronx County denominated as *Edwards v. Giga*, Index No. 819730/2024E

(Sup. Ct. Bronx Co.) (the "State Court Action") to the United States District Court for the

Southern District of New York.

1.      On December 6, 2024, Plaintiff Dehaire Edwards ("Plaintiff") delivered a copy of

the Summons and Complaint ("Complaint") in the State Court Action to Defendant.[1]  Pursuant to

28 U.S.C. § 1446(a), a copy of the Complaint is attached as Exhibit 1. This Notice of Removal is

being filed within thirty days of Defendant's receipt of the Complaint, there are no other

defendants, and removal is therefore timely and proper under 28 U.S.C. § 1446(b)(1).

2.      In the Complaint, Plaintiff asserts a claim pursuant to 42 U.S.C. § 1983 alleging

that Defendant violated his constitutional rights to be free from unreasonable searches and

seizures, and a claim under New York State law that Defendant committed assault and battery

---

[1] Defendant does not waive and expressly reserves the right to raise any defenses—jurisdictional or otherwise—including for improper service.

during a traffic stop.

3. Because the Complaint alleges violations of the United States Constitution, removal is proper under 28 U.S.C. §§ 1331, 1441 and 1446.

4. This Court has supplemental jurisdiction over Plaintiff's state law claim pursuant to 28 U.S.C. § 1367(a) because it arises from the same set of operative facts as Plaintiff's constitutional claim over which the Court has original jurisdiction.

5. The State Court Action is pending in a state court geographically located within the Southern District of New York.  Therefore, venue and removal to this Court is proper under 28 U.S.C. § 1446(a).

6. Defendant shall give written notice of the removal of this action to Plaintiff promptly and shall file such notice with the Clerk of the Supreme Court of the State of New York, County of Bronx, as required by 28 U.S.C. § 1446(d).

7. Defendant expressly reserves his right to answer or move to dismiss the Complaint, reserves all available defenses, and denies any liability.

8. Therefore, Defendant respectfully removes the State Court Action to the Southern District of New York.

Dated: December 20, 2024

LETITIA JAMES
Attorney General
State of New York
*Attorney for State Defendants*

By:  *Samuel A. Blaustein*
SAMUEL A. BLAUSTEIN
Assistant Attorney General
28 Liberty Street, New York, NY 10005
212-416-8177
Samuel.Blaustein@ag.ny.gov

2

To: (First Class Mail and E-mail):

Brian M. Dratch, Esq.
The Dratch Law Firm, P.C.
233 Broadway. Suite 1800
New York, NY 10279
bdratch@njcounsel.com